**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| Arindoramis L. Ayala-Carrasquillo<br><br>Petitioner<br><br>v.<br><br>Natalia Figueroa<br><br>Respondents | Civil No. 26-1463 (RAM) |

**JUDGMENT**

On October 6, 2026, Petitioner filed a Notice of Voluntary Dismissal Without Prejudice (Docket No. 19). In accordance with the Order entered at Docket No. 20, judgment is entered **DISMISSING** this action **WITH PREJUDICE** in its entirety.

No attorneys' fees or costs are levied upon any party.

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 6th day of October 2026.

s/Raúl M. Arias-Marxuach
UNITED STATES DISTRICT JUDGE